```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MURRAY E. TALLMAN, | ) | 1:05-cv-0420 DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO EXTEND |
| v. | ) | TIME |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   The parties, through their respective counsel, stipulate that the time for responding to plaintiff's Opening Brief be extended from January 3, 2006 to February 2, 2006.

//

//

//

//

//

//

//

1

This is defendant's first request for an extension of time to file a response to plaintiff's Opening Brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                    Respectfully submitted,

Dated: December 27, 2005       /s/ Young Cho
                                    (As authorized via facsimile)
                                    YOUNG CHO
                                    Attorney for Plaintiff

Dated: December 27, 2005       McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kimberly A. Gaab
                                    KIMBERLY A. GAAB
                                    Assistant U.S. Attorney

    IT IS SO ORDERED.

    **Dated:**   **January 4, 2006**                    **/s/ Dennis L. Beck**
3c0hj8                                              UNITED STATES MAGISTRATE JUDGE