```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURRAY E. TALLMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | 1:05-cv-0420 DLB<br><br>STIPULATION AND<br>ORDER TO EXTEND<br>TIME |

    The parties, through their respective counsel, stipulate that the time for responding to plaintiff's Opening Brief be extended from February 2, 2006 to March 6, 2006.

//

//

//

//

//

//

//

1

This is defendant's second request for an extension of time to file a response to plaintiff's Opening Brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

```
                                        Respectfully submitted,


Dated: January 30, 2006                 /s/ Young Cho
                                        (As authorized via facsimile)
                                        YOUNG CHO
                                        Attorney for Plaintiff



Dated: January 30, 2006                 McGREGOR W. SCOTT
                                        United States Attorney



                                        /s/ Kimberly A. Gaab
                                        KIMBERLY A. GAAB
                                        Assistant U.S. Attorney
```

IT IS SO ORDERED.

**Dated:   January 31, 2006**                           **/s/ Dennis L. Beck**
3c0hj8                                   UNITED STATES MAGISTRATE JUDGE